United States District Court
Southern District of Texas
**ENTERED**
March 01, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ELAINE BARKER, *et al.*, § § | |
| Plaintiffs, § § | |
| VS. § | CIVIL ACTION NO. 4:22-CV-00103 |
| § | |
| ROUND TABLE PHYSICIANS GROUP, § PLLC, § § | |
| Defendant. § | |

## ORDER OF DISMISSAL

In accordance with the Notice of Dismissal filed February 25, 2022 (DOC # 10), this case is hereby DISMISSED without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Signed on March 1, 2022.

_____
Alfred H. Bennett
United States District Judge

1 / 1